OPINION — AG — **** ARBUCKLE MASTER CONSERVANCY DISTRICT — NOT POLITICAL SUBDIVISION **** THE ARBUCKLE MASTER CONSERVANCY DISTRICT IS NOT A POLITICAL SUBDIVISION OF THE STATE OF OKLAHOMA, BUT IS A " DISTRICT " AND IS THEREFORE " LOCAL GOVERNMENT " AS THAT TERM IS USED IN THE NATURAL DISASTER RELIEF ACT OF 1950, 42 U.S.C. § 1855(A) CITE: 82 O.S. 1970 Supp., 545 [82-545] (MARVIN C. EMERSON) ** SEE: OPINION NO. 73-196 (1973) **